ERNEST W. KENNETT, Appellant, v EUGENE PIOTROWSKI et al., Respondents and Third-Party Plaintiffs. BESROI CONSTRUCTION CORP., Third-Party Defendant-Respondent. (Appeal No. 2.) [652 NYS2d 563] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.